**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CLARENCE E. MASON**                                                                    **PLAINTIFF**
**ADC #154088**

**v.**                           **NO: 3:20-cv-00089-LPR**

**DOE, Administration,**
**Poinsett County Detention Center**                                   **DEFENDANT**

## ORDER

      Before the Court is a Recommendation submitted by United States Magistrate Judge Joe J. Volpe. If the Plaintiff can identify actual government officials that he alleges knew about the black mold and were deliberately indifferent to the consequent risk of harm to Plaintiff, there might just be a viable claim here. Accordingly, out of an over-abundance of caution, the Court rejects the Recommendation and sends this case back for further proceedings consistent with this Order. In doing so, the Court stresses that the Magistrate Judge's screening decision was eminently reasonable, that it is a very close call as to whether this admittedly vague Complaint should survive screening, and that today's Order should not be taken as any comment on the merits of Plaintiff's case.

      IT IS SO ORDERED this 29th day of June 2020.

                                                                               LEE P. RUDOFSKY
                                                                               UNITED STATES DISTRICT JUDGE