# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CLARENCE E. MASON,                                                                                    PLAINTIFF
ADC #154088

v.                                               3:20-cv-00089-LPR-JJV

DOE, Administration,
Poinsett County Detention Center                                                                      DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Lee P. Rudofsky. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

In March 2020, Clarence E. Mason ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 alleging unknown "Doe" Defendants at the Poinsett County Detention Center were subjecting him to unconditional conditions of confinement. (Doc. No. 2.) On June 29, 2020, the Court concluded that his somewhat vague allegations survived screening mandated by 28 U.S.C. § 1915A and gave Plaintiff thirty days to identify the Doe Defendants. (Doc. Nos. 7, 8.) Importantly, Plaintiff was warned that the failure to timely do so could result in the dismissal of this lawsuit. Thereafter, Plaintiff was transferred to the Arkansas Division of Correction, which is where he is currently incarcerated. (Doc. No. 11.) On July 29, 2020, I mailed copies of the June 29, 2020 Orders to Plaintiff at his new address and gave him, sua sponte, an extension until August 21, 2020 to identify the Doe Defendants. (Doc. No. 12.)

As of today, Plaintiff has not complied with my instructions, and the time to do so has expired. Accordingly, I recommend this case be dismissed without prejudice due to Plaintiff's failure to identify any of the Doe Defendants. *See* Fed. R. Civ. P. 4(m) (defendants who are not served within ninety (90) days after filing the complaint are subject to dismissal); *Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993) (it a *pro se* litigant's obligation to provide the court with a valid service for each defendant).

IT IS, THEREFORE, RECOMMENDED that:

1.  The Complaint (Doc. No. 2) be DISMISSED without prejudice due to a lack of service.

2.  The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 31st day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE