**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CLARENCE E. MASON**                                                                                  **PLAINTIFF**
**ADC #154088**

**v.**                                          **NO: 3:20-cv-00089-LPR-JJV**

**DOE, Administration,**
**Poinsett County Detention Center**                                                        **DEFENDANT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record, the Court approves and adopts the Recommendation in its entirety.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. 2) is DISMISSED without prejudice due to a lack of service.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

DATED this 21st day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE