IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLARENCE E. MASON**  **PLAINTIFF**
**ADC #154088**

v.  NO: 3:20-cv-00089-LPR-JJV

**DOE, Administration,**
**Poinsett County Detention Center**  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED, and this case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 21st day of September 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE